IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT J. SHILSTONE,

    Petitioner,

v.                                            1:14cv208–WS/GRJ

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

## ORDER DENYING PETITIONER'S PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 18) docketed October 18, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (doc. 21) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is hereby

ADOPTED and incorporated by reference into this order.

    2. Petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

    3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

    4. A certificate of appealability is DENIED.

    DONE AND ORDERED this __2nd__ day of __January__, 2018.


                  s/ William Stafford
                  WILLIAM STAFFORD
                  SENIOR UNITED STATES DISTRICT JUDGE5.